| Date | Pleading Number | |
|------|------|------|
| 6/17/76 | 1. | MOTION & SUPPORTING BRIEF -- Pltfs. Falstaff Brewing Corp. and Paul Kalmanovitz --w/Exhibit 1 (complaint in A-5); Exhibit 2 (chart noting stage of discovery in each action; Notices to District Courts in Rhode Island, Eastern Pennsylvania, Eastern Louisiana, and Eastern Missouri re: filing of motion w/Panel (also Northdrn California)) attaching copy of motion thereto for filing; and certificate of service on involved counsel. |
| | | REQUESTED TRANSFEREE FORUM:  Northern District of California |
| 6/29/76 | | APPEARANCES -- JOHN H. BOONE, ESQUIRE -- Falstaff Brewing Corp. and Paul Kalmanovitz |
| | | JOEN F. WEEKS, III, ESQUIRE -- First National Bank of Commerce, New Orleans, La |
| | | EDWARD W. MULLINIX, ESQ.     FIRST PENNA. BANK N.A. |
| | | GIRVAN PECK, ESQ. N. Y. Ins. Co. |
| | | THOMAS A. H. HARTWELL, ESQ. -- The Mutual Life Ins. Co. of New York |
| | | ROBERT S. ALLEN, ESQ. -- Boatmen's National Bank of St. Louis |
| | | JOHNH. BLISH, ESQ. -- Industrial National Bank of R.I. |
| | | GRAHAM B. MOODY, JR. -- Haskin & Sells |
| | | ROBERT E. GOODING, JR., ESQ. -- Gutting, McClellan, ᴇ×××××× Griesedeck, Beffa, Lowe Shomaker and ᴡ××× Wemhoener |
| | | ×××ᴇ×ᴀᴍ×ᴇ×××× |
| | | HARRY B. WILSON -- William J. Healy and John D. Calhoun |
| 7/1/76 | 2 | RESPONSE -- BOATMEN'S NATIONAL BANK OF ST. LOUIS w/cert. of service |
| 7/1/76 | | HEARING ORDER -- Setting A-1 through A-7 for Hearing, Chicago, Ill. July 23, 1976 |
| 7/2/76 | 3 | RESPONSE -- MUTUAL LIFE INSURANCE COMPANY OF NEW YORK w/cert. of service |
| 7/2/76 | 4 | RESPONSE -- FERDINAND J. GUTTING, et al. w/cert. of service |
| 7/2/76 | 5 | RESPONSE -- NEWYORK LIFE INSURANCE COMPANY w/cert. of service |
| 7/2/76 | 6 | RESPONSE -- HASKIN & SELLS w/cert. of service |
| 7/6/76 | 7 | RESPONSE -- MUTUAL LIFE INS. CO. OF NEW YORK (Brief in Support of Response No. 3) w/cert of service |
| 7/6/76 | 8 | RESPONSE -- INDUSTRIAL NATIONAL BANK OF RHODE ISLAND, FIRST PA. BANK N.A. & FIRST NATIONAL BANK OF COMMERCE w/cert. of service |
| 7/6/76 | 9 | RESPONSE -- WILLIAM J. HEALY AND JOHN D. CALHOUN w/cert. of service |
| 7/16/76 | 10 | REPLY -- PAUL KALMANOVITZ and Supplemental Motion to ×××ᴇ××× ᴎ×ᴎ×××ᴋ×ᴎ×ᴋᴎ×ᴎᴇ××ᴎ××ᴎ×××××ᴇᴇ×ᴋᴎᴋ××ᴏ×××ᴇ××ᴎ×××ᴎ×ᴏ× ᴏ×××ᴇ×××ᴏ×ᴀ×××ᴎᴏ×××ᴏ×ᴇ×ᴋᴏᴇᴋᴎᴇ×× Add 4 cases |
| 7/19/76 | 11 | REPLY -- Falstaf Brewing Corp. & Paul Kalmanovitz |
| 7/23/76 | 12 | REPLY -- HASKIN & SELLS -- FILED IN OPEN COURT |
| 6/3/77 | | CONSENT OF TRANSFEREE COURT For JUDGE H. KENNETH WANGELIN, to handle litigation in the EASTERN DISTRICT OF MISSOURI UNDER 28 U.S.C. §1407 |
| 6/3/77 | | OPINION AND ORDER -- Transferring A-1, A-2, A-4, A-5 and A-7 to the E.D. Missouri to be assigned to Judge H. Kenneth Wangelin under 28 U.S.C. §1407. (A-6 pending in E.D. Mo.) A-6 Falstaff v. N.Y. Life Ins. Co., et al., N.D. Cal., C.A. No. C75-1560 was DENIED |
| 6/3/77 | | CONCURRING OPINION -- Judge Edward Weinfeld |
| 6/20/77 | | B-1 Paul Kalmanovitz v. First National Bank of Commerce, E.D. La., C.A. No. 76-2386 |
| | | B-2 Paul Kalmanovitz v. Industrial National Bank of Rhode Island, D. R.I., C.A. # CA76-276 |
| | | B-3 Paul Kalmanovitz v. The First Pennsylvania Banking & Trust Corp., E.D. Pa., C.A. # 76-2218--CTO FILED TODAY NOTIFIED INVOLVED JUDGES & COUNSEL |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. __2__

DOCKET NO. __263__ -- IN RE FALSTAFF BREWING CORPORATION ANTITRUST LITIGATION _____

| Date | No. Code | |
|------|------|---|
| 7/6/77 | | B-1 Paul Kalmanovitz v. First National Bank of Commerce, E.D. La., C.A. No. 76-2386 |
| | | B-2 Paul Kalmanovitz v. Industrial National Bank of Rhode Island, D. R.I., C.A. No. CA76-276 |
| | | B-3 Paul Kalmanovitz v. The First Pennsylvania Banking & Trust Corp., E.D. Pa., C.A. No. 76-2218 |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- NOTIFIED INVOLVED CLERKS AND INVOLVED JUDGES. |
| 8/7/78 | | LETTER -- Dated July 19, 1978 FROM JUDGE H. KENNETH WANGELIN -- SUGGESTING REMAND OF A-7 Paul Kalmanovitz v. New York Life Ins. Co., et al., 77-611C(2) to the Northern District of Calif. (cs) |
| 8/7/78 | | A-7 Paul Kalmanovitz v. New York Life Insurance Co., et al., C.A. No. 77-611C(2) |
| | | CONDITIONAL REMAND ORDER FILED TODAY -- Notified involved judge and counsel (cds) |
| 8/23/78 | | A-7 Paul Kalmanovitz v. New York Life Ins. Co., et al., C.A. No. 77611C(2) |
| | | CONDITIONAL REMAND ORDER FINAL TODAY -- NOTIFIED INVOLVED CLERKS AND TRANSFEREE JUDGE (cds) |

## Description of Litigation

### IN RE FALSTAFF BREWING CORPORATION ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) __7/23/76__

Date(s) of Opinion(s) or Order(s) __6/3/77__

Consolidation Ordered __xx__     Name of Transferee Judge __H. KENNETH WANGELIN__

Consolidation Denied __     Transferee District __EASTERN DISTRICT OF MISSOURI__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Falstaff Brewing Corp., et al. v. Industrial National Bank of Rhode Island | R.I. Pettine | C-76-0074 | 6/3/77 | 77-606C(2) | 7/6/78 | |
| A-2 | Falstaff Brewing Corp., et al. v. The First Pennsylvania Banking and Trust Co. | E.D.Pa. McGlynn | C-76-438 | 6/3/77 | 77-607C(2) | 7/6/78 | |
| A-3 | Falstaff Brewing Corp., et al. v. Boatmen's National Bank of St. Louis | E.D.Mo. Wangelin | 76-120C(2) | NT | | 7/6/78 | |
| A-4 | Falstaff Brewing Corp., et al. v. First National Bank of Commerce | E.D.La. Cassibry | E-76-452 | 6/3/77 | 77-608C(2) | 7/6/78 | |
| A-5 | Falstaff Brewing Corp., et al. v. New York Life Insurance Co., et al. | N.D.Cal. Williams | C 75-2342-SW | 6/3/77 | 77-609C(2) | 7/10/78 | |
| A-6 | Falstaff Brewing Corp., et al. v. New York Life Insurance Co., et al. | N.D.Cal. Poole | C 75-1560-RHS | DENIED | NT | | |
| A-7 | Paul Kalmanovitz v. New York Life Insurance Co., et al. | N.D.Cal. Poole | C 76-106-RHS | 6/3/77 | 77-611C(2) | 8/23/78 Rem. | |

CRO- 5/7/78

DOCKET NO. 263 — IN RE FALSTAFF BREWING CORPORATION ANTITRUST LITIGATION — P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Paul Kalmanovitz v. Boatmen's National Bank of St. Louis | E.D.Mo. | 76-639(C)4 | | | 7/6/78 | |
| B-1 | Paul Kalmanovitz v. First National Bank of Commerce *6/20/77* | E.D.La. Cassibry | 76-2386 | 7/6/77 | 77-742C(2) | 7/6/78 | |
| B-2 | Paul Kalmanovitz v. Industrial National Bank of Rhode Island *6/20/77* | D.R.I. Pettine | CA76-276 | 7/6/77 | 77-743C(2) | 7/6/78 | |
| B-3 | Paul Kalmanovitz v. The First Pennsylvania Banking and Trust Corp. *6/20/77* | E.D.Pa. McGlynn | 76-2218 | 7/6/77 | 77-0744-C(2) | 7/6/78 | |

*July 1978 — 5 TR/1 XYZ/9 PNJ*
*July 1979 — 8 TR/2 XYZ/10 DIS/Closed*

p. __1__

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _263_ -- _IN RE FALSTAFF BREWING CORPORATION ANTITRUST LITIGATION_

| Plaintiff | Defendant |
|---|---|
| FALSTAFF BREWING CORP.<br>PAUL KALMANOVITZ<br>John H. Boone, Esquire<br>Boone, Schatzel, Hamrick & Knudsen<br>Russ Building, Suite 420<br>235 Montgomery Street<br>San Francisco, California  94104<br><br>PAUL KALMANOVITZ<br>(B-1) (B-2) &(B-3)<br>James F. Boccardo, Esq.<br>Boccardo, Blum, Lull,<br>  Niland & Bell<br>111 West St. John St.<br>San Jose, CA  95113 | INDUSTRIAL BANK OF RHODE ISLAND<br>John H. Blish, Esquire<br>Edwards & Angell<br>2700 Hospital Trust Tower<br>Providence, Rhode Island  02903<br><br>FIRST NATIONAL BANK OF COMMERCE,<br>  NEW ORLEANS, LOUISIANA<br>John F. Weeks, II, Esquire<br>Usry, Leefe, Hartley & Stahl<br>Suite 1710<br>144 Elk Place<br>New Orleans, Lousiana  70112<br>FIRST PENNSYLVANIA BANK, N.A.<br>Edward W. Mullinix, Esquire<br>Schnader, Harrison, Segal<br>  & Lewis<br>1719 Packard Building<br>Philadelphia, Pennsylvania  19102<br><br>NEW YORK LIFE INSURANCE COMPANY<br>Girvan Peck, Esquire<br>Morrison & Foerster<br>One Post Street, #2600<br>San Francisco, California  94104<br><br>THE MUTUAL LIFE INSURANCE COMPANY<br>  OF NEW YORK<br>Thomas A. H. Hartwell, Esquire<br>Cooley, Godward, Castro,<br>  Huddleson & Tatum<br>One Maritime Plaza<br>The Alcoa Building<br>San Francisco, California 94111<br><br>BOATMEN'S NATIONAL BANK OF<br>  ST. LOUIS<br>Robert S. Allen, Esquire<br>Lewis, Rice, Tucker, Allen<br>  and Chubb<br>Suite 1400 Railway Exchange Bldg.<br>611 Olive Street<br>St. Louis, Missouri  63101 |

p. _____

| ~~Plaintiffx~~ | ~~Defendant~~ |
|---|---|
| HASKIN & SELLS | NEW YORK LIFE INSURANCE CO. |
| Graham B. Moody, Jr., Esquire | Robert D. Raven, Esquire |
| McCutchen, Doyle, Brown & Enersen | William Alsup, Esquire |
| 601 California Street | Morrison & Foerster |
| San Francisco, Calif.  94108 | One Market Plaza |
| | Spear Street Tower |
| FERDINAND J. GUTTING | San Francisco, CA  94105 |

HASKIN & SELLS
Graham B. Moody, Jr., Esquire
McCutchen, Doyle, Brown & Enersen
601 California Street
San Francisco, Calif.  94108

FERDINAND J. GUTTING
 a/k/a FERD GUTTING
JAMES S. MCCLELLAN, ESQ.
ALVIN GRIESEDIECK, JR.
JOSEPH GRIESEDIECK
EDWARD J. GRIESEDIECK, JR.
HARVEY A. BEFFA, JR.
WILLIAM S. LOWE
MONTE E. SHOMAKER
J. HOWARD WEMHOENER
Robert E. Gooding,Jr., Esquire
Howard, Prim, Rice,
   Nemerovski, Canady & Pollak
650 California Street, Suite 2900
San Francisco, Calif.  94108

WILLIAM J. HEALY
JOHN D. CALHOUN
Harry B. Wilson, Esq.
Husch, Eppenberger, Donohue,
   Elson & Cornfeld
18th Floor, The Boatmen's Tower
100 North Broadway
St. Louis, Missouri  63102

NEW YORK LIFE INSURANCE CO.
Robert D. Raven, Esquire
William Alsup, Esquire
Morrison & Foerster
One Market Plaza
Spear Street Tower
San Francisco, CA  94105

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 263 ___ -- <u>IN RE FALSTAFF BREWING CO. ANTITRUST LITIGATION</u>
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| INDUSTRIAL NATIONAL BANK OF RHODE ISLAND | A-1   A-5   ~~A-6~~   B-1 |
| FIRST PENNA. BANKING AND TRUST CO. | A-2   A-5   ~~A-7~~   B-1 |
| BOATMEN'S NATIONAL BANK OF ST. LOUIS | A-3   A-5   ~~A-7~~   B-1 |
| FIRST NATIONAL BANK OF COMMERCE | A-4   A-5   ~~A-7~~   B-1 |
| NEW YORK LIFE INS. CO. | A-5   A-6   A-7 ■ |
| THE MUTUAL LIFE INS. CO. OF N. Y. | A-5   A-6   A-7 ■ |
| HASKINS & SELLS | A-7 ■ |
| FERDINAND J. GUTTING Fred Gutting | A-7 ■ |
| HARVEY A. A. BEFFA, SR | A-7 ■ |
| JAMES C. MCCLELLAN | A-7 ■ |

p. _____

| | |
|---|---|
| ALVIN GRIESEDIECK JR. | A-7 B-1 |
| JOSEPH GRIESEDICK | A-7 B-1 |
| EDWARD J. GRIESEDIECK JR. | A-7 B-1 |
| WILLIAM S. LOWE | A-7 B-1 |
| MONTE E. SHOMAKER | A-7 B-1 |
| J. HOWARD WEMHOENER | A-7 B-1 |
| WILLIAM J. HEALY | A-7 B-1 |
| JOHN C. CALHOUN | A-7 B-1 |
| | |
| | |
| | |